**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NIKKA S. KANG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAM BONDI, KRISTI NOEM, ANGELICA ALFONSO-ROYALS, TRACY RENAUD, JAMES MCCAMENT, DONALD NEUFELD, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　Defendants. | No.  1:25-cv-01317 JLT HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 7) |

Plaintiff Nikka S. Kang is proceeding pro se in this civil action seeking writ of mandamus and declaratory relief.  (Doc. 1.)  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 3, 2026, the assigned magistrate judge issued Findings and Recommendations to dismiss all Defendants due to Plaintiff's failure to serve them as required by Federal Rule of Civil Procedure 4(m).  (Doc. 7.)  The Court served Plaintiff with a copy of the Findings and Recommendations, advised Plaintiff that any objections were to be filed within 14 days, and warned Plaintiff that failure to timely file objections may result in the waiver of certain

1

rights on appeal.  (*Id*. at 5-6, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  To date, Plaintiff has not filed any objections and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  After carefully reviewing the entire file, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS:**

1.  The Findings and Recommendations issued on February 3, 2026 (Doc. 7) are **ADOPTED IN FULL**.

2.  All Defendants are **DISMISSED** from this action.

3.  The action is **DISMISSED** without prejudice.

4.  Any pending motions/deadlines are termination and the case is **CLOSED**.

IT IS SO ORDERED.

Dated:  __**March 9, 2026**__

UNITED STATES DISTRICT JUDGE

2